**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**                    **DATE: February 21, 2007**
❑ **BOND HEARING**
❑ **DETENTION HEARING**               **Digital Recording 2:40 – 3:00**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**

------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker      DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:06cr169-WHA          DEFENDANT NAME: James Earl Hubbard**

**AUSA: Clark Morris                DEFT. ATTY: William Blanchard**

**Type Counsel: ( )Retained; (√ ) CJA; ( ) Waived; ( ) FPD**

**USPO/USPTS: Sandra Wood**

**Interpreter needed: (√ ) NO; ( )YES  Name:**

---

| | |
|---|---|
| √ | Date of Arrest February 20, 2007 or ❑ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❑ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney William Blanchard - Notice of Appearance to be filed |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| ❑ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❑ | ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | Detention Hearing ❑ held; ❑set for |
| ❑ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❑ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❑ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❑ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❑ | Deft. ORDERED REMOVED to originating district |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT - Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE:  March 2, 2007 |
| √ | CRIMINAL TERM:   June 4, 2007 |
| ❑ | NOTICE to retained Criminal Defense Attorney handed to counsel |