**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **2:06CR169-WHA** |
| | ) | |
| | ) | |
| **CECILLO PACACHE, et al.** | ) | |

---

### NOTICE OF ATTORNEY APPEARANCE

---

     **COMES NOW**, CJA panel attorney, William R. Blanchard, and hereby accepts this Honorable Court's appointment as counsel for **JAMES EARL HUBBARD** in the above styled case.

     Respectfully submitted this 26TH day of February 2007.

                       s/ William R. Blanchard
                       WILLIAM R. BLANCHARD
                       Attorney for James Earl Hubbard
                       **BLANCHARD LAW OFFICES**
                       **505 South Perry Street**
                       **Post Office Box 746**
                       **Montgomery, Alabama 36101-0746**
                       **(334) 269-9691**
                       bill@blanchardlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **2:06CR169-WHA** |
| | ) | |
| | ) | |
| **CECILLO PACACHE, et al.** | ) | |

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)