IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | )   2:06CR169-WHA |
| | ) |
| | ) |
| CECILLO PACACHE, et al. | ) |

**DEFENDANT JAMES EARL HUBBARD'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

**COMES NOW**, the Defendant, **JAMES EARL HUBBARD,** by and through counsel of record, William R. Blanchard, and moves for an extension of time to file pretrial motions in the above styled and numbered case, showing for grounds the following:

1. The Defendant's pretrial motions are currently due on or before March 29, 2007.

2. Trial is scheduled for the June 4, 2007 trial term.

3. There are sixteen defendants in this matter. The undersigned will need additional time to review the substantial amount of discovery, consisting of several thousands of pages.

4. The undersigned has contacted the Honorable Clark Morris, AUSA, and has been advised that the Government will not object to an extension of the pretrial motions deadline.

**WHEREFORE**, Defendant James Earl Hubbard respectfully moves this Honorable Court to extend the deadline for filing Defendant Hubbard's pretrial motions.

**RESPECTFULLY SUBMITTED** this 19th day of March 2007.

                                            s/ William R. Blanchard
                                            WILLIAM R. BLANCHARD
                                            Attorney for James Earl Hubbard
                                            **BLANCHARD LAW OFFICES**
                                            **505 South Perry Street**
                                            **Post Office Box 746**
                                            **Montgomery, Alabama 36101-0746**
                                            **(334) 269-9691**
                                            bill@blanchardlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **2:06CR169-WHA** |
| | ) | |
| | ) | |
| **CECILLO PACACHE, et al.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)