IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:06CR169-WHA |
| | ) | |
| | ) | |
| CECILLO PACACHE, et al. | ) | |

## MOTION FOR DISCOVERY COPY EXPENSE REIMBURSEMENT

**COMES NOW** the Defendant, **JAMES EARL HUBBARD**, by and through undersigned counsel, William R. Blanchard, and respectfully requests this Honorable Court to allow counsel for the Defendant to be reimbursed for expenses incurred and paid for by the undersigned. As grounds, the Defendant states as follows:

1. Defendant, James Hubbard, is indigent and the undersigned is his court-appointed counsel.

2. The discovery received by the undersigned consisted of multiple items, including, but not limited to, 7,428 pages of discovery documents.

3. The United States Attorney's Office made discovery available to the Defendant, at the undersigned's expense, by utilizing the services of Pro Legal Copies of Montgomery, Inc.

4. The total cost paid by the undersigned for the paper copies of the discovery was $653.66. (See Exhibit "A").

**WHEREFORE,** the premises considered, the Defendant respectfully moves for an Order reimbursing the undersigned for the above-mentioned copying expense.

Respectfully submitted this 17th day of April 2007.

s/ William R. Blanchard
WILLIAM R. BLANCHARD
Attorney for James Earl Hubbard
**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**(334) 269-9691**
bill@blanchardlaw.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:06CR169-WHA |
| | ) | |
| | ) | |
| CECILLO PACACHE, et al. | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

      Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)