Pro Legal Copies of Montgomery, Inc.
134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 3/7/2007 | 6537 |

**Bill To**

William R. Blanchard, Esq.
505 S. Perry St.
Montgomery, Alabama 36104

**Ship To**



Exhibit A

| Terms | Ship |
|---|---|
| Net 15 | 3/7/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,428 | 8 | Straight Run Copies | 0.08 | 594.24T |

Paid by credit card

| | Signature | | Sales Tax (10.0%) | $59.42 |
|---|---|---|---|---|
| | | | **Total** | $653.66 |