PS-12A
(8/03)

# United States District Court

for

## Middle District of Alabama

### Report on Defendant Under Pretrial Release Supervision

Name of Defendant: James Earl Hubbard                                   Case Number: 2:06cr169-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: February 21, 2007

Type of Release: $25,000 unsecured appearance bond with conditions

Original Offense: 18 U.S.C. § 841 Possession with Intent to Distribute Cocaine

Date of Next Court Appearance: June 4, 2007 (trial)

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Refrain from possessing a firearm, destructive device, or other dangerous weapon; Refrain from excessive use of alcohol and any use or unlawful possession of a narcotic drug or other controlled substances....unless prescribed by a licensed medical practitioner; Submit to any method of drug testing as required by pretrial services; Report any contact with law enforcement; Refrain from possession of any type of drug paraphernalia; and Follow all instructions of the supervising probation officer.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Condition 7p:** "The defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances..." | On February 26, 2007, the defendant admitted to his supervising probation officer that he had smoked four or five crack rocks on or about February 23, 2007. |

**U.S. Probation Officer Action:**

This is the defendant's first violation since being released two days earlier. The defendant reported to the Probation Office on February 26, 2007, as instructed. A urine specimen collected that date tested positive for the presence of cocaine. When confronted on the results, the defendant advised this officer that he had smoked four or five "crack rocks" on or about Friday, February 23, 2007. When offered substance abuse treatment, the defendant stated that he believes he can abstain from any further use of illegal substances. It is recommended that the Court not take any punitive action against the defendant at the present time. The probation officer anticipates increasing the number of drug screens collected on the defendant. The court will be advised of any further violations.

PS 12A
(8/03)

Respectfully submitted,

by

/s/ Tamara C. Martin
Tamara C. Martin
U.S. Probation Officer
Date: February 26, 2007


Reviewed and approved: /s/ Sandra G. Wood
Sandra G. Wood
Supervising U.S. Probation Officer

---

The Court directs that additional action be taken as follows:

- [ ] Submit a Request for Modifying the Conditions of Release
- [ ] Submit a Request for Warrant or Summons
- [ ] Other
- [✓] Concur with Probation Officer's recommendation
- [ ] No action necessary

_____
Signature of Judicial Officer

4/25/07
Date