IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>)<br>DEMETRIOUS TERRELL PEGUES        )<br>CLIFF JOHNSON                      )<br>TERRENCE ANTWAN JEROME NEWKIRK )<br>CHARLES DANIEL CRAIG              )<br>KOWOSKY TYWAN CHRISTIAN          )<br>CHRISTOPHER IMAN ULMER           )<br>DEMETRIA MILLS                    )<br>DARRYL LAMONT BROWN               )<br>DARNELL MONTREZE BROWN            )<br>RODRIGEZ CHILDRES                 )<br>ROGER WALTON                      )<br>JAMES EARL HUBBARD                )<br>JAMES CALVIN TALLEY               )<br>WILMONT TIMOTHY BARNETT           )<br>WILLIAM EARL ULMER                ) | 2:06cr169-WKW |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for November 5, 2007, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 8:30 a.m. on September 28, 2007 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

DONE, this 26th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE