IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **2:06CR169-WHA** |
| | ) | |
| | ) | |
| **CECILLO PACACHE, et al.** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JAMES EARL HUBBARD**, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty.

Respectfully submitted this the __2ND___day of October, 2007.

s/ William R. Blanchard<br>
WILLIAM R. BLANCHARD<br>
Attorney for the Defendant

BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
(334) 269-9691

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:06CR169-WHA |
| | ) | |
| | ) | |
| CECILLO PACACHE, et al. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **AUSA Clark Morris**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

        Respectfully submitted,

        s/ William R. Blanchard
        BLANCHARD LAW OFFICES
        505 South Perry Street
        Post Office Box 746
        Montgomery, Alabama 36101-0746
        Office: (334) 269-9691
        Fax:   (334) 263-4766
        (BLA029)