IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| JAMES EARL HUBBARD | ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #354) filed

on October 2, 2007, it is hereby

ORDERED  that  the  defendant,  JAMES  EARL  HUBBARD,  appear  with

counsel before the undersigned Magistrate Judge on October 17, 2007 at 3:00 p.m. in

Courtroom 5B,  Frank M. Johnson, Jr. Federal Building and United States Courthouse

Complex, One Church Street, Montgomery, Alabama,  to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for this proceeding.

Done, this 3rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE