IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:06-CR-169-WKW |
| | ) | |
| JAMES EARL HUBBARD | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION
FOR CONTINUANCE**

COMES NOW the Defendant, James Earl Hubbard, by and through counsel of record and shows as follows:

1. This case is scheduled for a sentencing hearing on January 25, 2008, at 11:00 a.m.

2. Undersigned Counsel for the Defendant currently serves as President of the Alabama Criminal Defense Lawyers Association (ACDLA), and must be present in Birmingham to preside at a meeting of the ACDLA Board of Directors of the evening of Thursday, January 24th, followed by various duties at the Annual ACDLA Death Penalty Defense Seminar, also to be held in Birmingham over the next two days (Friday January 25th and Saturday January 26th).

3. The Defendant, James Earl Hubbard, is not incarcerated and will suffer no prejudice if his sentencing is delayed.

4. The undersigned has conferred with the Attorney representing the United States in this case, and has ascertained that she does not object to a continuance of Mr. Hubbard's sentencing.

WHEREFORE, the premises considered, the undersigned moves for a continuance of the sentencing hearing currently set for January 25, 2008.

Respectfully submitted this 2nd day of January, 2008.

                    s/ William R. Blanchard
                    WILLIAM R. BLANCHARD
                    Attorney for the Defendant
                    BLANCHARD LAW OFFICES
                    505 South Perry Street
                    Post Office Box 746
                    Montgomery, Alabama 36101-0746

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                    Respectfully submitted,
                    s/ William R. Blanchard
                    BLANCHARD LAW OFFICES
                    505 South Perry Street
                    Post Office Box 746
                    Montgomery, Alabama 36101-0746
                    Office: (334) 269-9691
                    Fax:   (334) 263-4766
                    (BLA029)