IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:06-cr-0169-WKW |
| ) | |
| JAMES EARL HUBBARD ) | |

## **ORDER**

Upon consideration of the defendant Hubbard's Unopposed Motion for Continuance (Doc. # 481), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from January 25, 2008 to **January 31, 2008, at 2:00 p.m.**

DONE this 9th day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE