AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** JAMES EARL HUBBARD
**CASE NUMBER:** 2:06cr169-013-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

   38 Months, with both counts to run concurrently.

X  The court makes the following recommendations to the Bureau of Prisons:

   The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 3-3-08 to FPC mon

at Maxwell AFB , with a certified copy of this judgment.

RETURNED AND FILED

MAR 17 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____ warden
UNITED STATES MARSHAL

By _____ ISO
DEPUTY UNITED STATES MARSHAL